UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                    CASE NO. 23-17288-BKC-PDR
                                                                                    CHAPTER 13

DONNA HAMILTON
_____/

## DEBTOR'S MOTION TO TOLL
(Marcia Howard)

COMES NOW, the Debtor, DONNA HAMILTON, by and through her undersigned attorney and files this Motion to Toll, and in support thereof would show as follows:

1. On September 11, 2023 the Debtor filed a Petition for Relief under Chapter 13 of the Bankruptcy Code.

2. The Debtor filed all Schedules required pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure timely.

3. In the Schedules filed on September 11, 2023 (DE 1), the Debtor listed a loan repayment to Marcia Howard in the amount of $300.00.

4. The Trustee has asserted claims that the transfer and the Transferee's interest in the Property are avoidable under 11 U.S.C. Sections 544, 545, 547, 548, or 549 ("the Claims").

5. The Debtor has agreed to amend her Chapter 13 Plan ("Plan") to provide for an additional $300.00 to be paid to unsecured creditors over the life of the Plan.

6. The Debtor has further agreed not to modify the Plan any time after Confirmation to reduce such payments to those unsecured creditors.

7. The Trustee will not commence action against the Transferee for the recovery of the Claims, unless and until the Debtor either seeks to modify the Plan or convert the Case to a proceeding under any chapter of the U.S. Bankruptcy Code other than Chapter 13.

8. The Claims Bar date is November 20, 2023.

WHEREFORE, Debtor, DONNA HAMILTON, respectfully moves this Court to enter an order tolling the preferential loan repayments to Marcia Howard and for such other and further relief as justice may require.

| | |
|---|---|
| Dated: September 26, 2023 | LAW OFFICES OF MICHAEL H. JOHNSON<br>Attorneys for Debtor(s)<br>800 W. Cypress Creek Rd., Ste 502<br>Ft. Lauderdale, FL  33309<br>(954) 535-1131<br><br>By: /s/ Michael H. Johnson<br>     Michael H. Johnson<br>     Florida Bar No. 0149543 |

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).