**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE:                                                                  CASE NO. 23-17288-BKC-PDR
                                                                        CHAPTER 13
DONNA HAMILTON
_____/

## NOTICE OF WITHDRAWAL OF DOCUMENT NO. 14

Debtor, DONNA HAMILTON, by and through her undersigned attorney, respectfully withdraws Document No. 14 filed on September 26, 2023.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true copies of the foregoing were served upon all interested parties listed on the service list below on October 18, 2023.

Dated: October 18, 2023

Law Offices of Michael H. Johnson, P.A.
Attorneys for Debtor(s)
800 West Cypress Creek Rd.
Suite 502
Ft. Lauderdale, FL  33309
(954) 535-1131
(954) 641-7750 fax

By:_/s/  Michael H. Johnson__
   Michael H. Johnson, Esq.
   Florida Bar No. 0149543

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN  LOCAL RULE 2090-1(A).

**SERVICE LIST:**

**VIA CM/ECF:**
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

**VIA US MAIL:**
Mr. Errol Lambert
831 Cedar Lake Rd., #508
Biloxi, MS 39532

To all parties on the attached Mailing Matrix

```
Label Matrix for local noticing          Wells Fargo Bank, N.A.                    Bank of America
113C-0                                   Aldridge Pite, LLP                        POB 982238
Case 23-17288-PDR                        c/o Wanda D. Murray                       El Paso, TX 79998-2238
Southern District of Florida             Six Piedmont Center
Fort Lauderdale                          3525 Piedmont Road, N.E., Suite 700
Wed Oct 18 16:27:57 EDT 2023             Atlanta, GA 30305-1608

Barclays Bank                            (p)JPMORGAN CHASE BANK N A                Citibank
POB 8833                                 BANKRUPTCY MAIL INTAKE TEAM               POB 301030
Wilmington, DE 19899-8833                700 KANSAS LANE FLOOR 01                  Los Angeles, CA 90030-1030
                                         MONROE LA 71203-4774


Citibank/Best Buy                        (p)U S ATTORNEY'S OFFICE                  Discover Bank
ATTN: Centralized Bankruptcy             99 NE 4TH STREET SUITE 300                Discover Products Inc
POB 790040                               MIAMI FL 33132-2131                       PO Box 3025
St Louis, MO 63179-0040                                                            New Albany, OH 43054-3025


Discover Financial                       Figure Lending                            Fulton Bank/Priceline/Elan
Attn: Bankruptcy                         Attn: Bankruptcy                          POB 108
POB 3025                                 POB 40534                                 Saint Louis, MO 63166-0108
New Albany, OH 43054-3025                Reno, NV 89504-4534


IRS                                      (p)INTERNAL REVENUE SERVICE               Kohls/Capital One
POB 7346                                 CENTRALIZED INSOLVENCY OPERATIONS         Attn: Credit Administrator
Philadelphia, PA 19101-7346              PO BOX 7346                               POB 3043
                                         PHILADELPHIA PA 19101-7346                Milwaukee, WI 53201-3043


Merrick Garland                          Midland Funding/Midland Credit Mgmt       Office of the US Trustee
Attorney General of the United States    Attn: Bankruptcy                          51 S.W. 1st Ave.
950 Pennsylvania Ave., NW, Room 4400     POB 939069                                Suite 1204
Washington, DC 20530-0009                San Diego, CA 92193-9069                  Miami, FL 33130-1614


Resurgent Capital Services               Small Business Administration             Special Assistant
Attn: Bankruptcy                         2 North 20 St., #320                      United States Attorney
POB 10497                                Birmingham, AL 35203-4002                 Associate Area Counsel
Greenville, SC 29603-0497                                                          1000 South Pine Island Road, Ste 300
                                                                                   Plantation, FL 33324-3910


Synchrony Bank/JC Penney                 Synchrony Bank/JCPenney                   U.S. Bank National Association dba Elan Fina
4125 Windward Plaza                      170 Election Rd., #125                    Bankruptcy Department
Alpharetta, GA 30005-8738                Fort Myers, FL 33908                      PO Box 108
                                                                                   Saint Louis, MO 63166-0108


U.S. Bankcorp                            Wells Fargo Bank, N.A.                    Wells Fargo Home Mortgage
Attn: Bankruptcy                         Default Document Processing               Attn: Bankruptcy
800 Nicollet Mall                        MAC# N9286-01Y                            1 Home Campus -- Mac X2303-01a
Minneapolis, MN 55402-7000               P.O. Box 1629                             Des Moines, IA 50328-0001
                                         Minneapolis MN 55440-1629


Donna S. Hamilton                        Michael H. Johnson                        Robin R Weiner
1808 NW 115 Way                          800 W. Cypress Creek Rd., Ste. 502        Robin R. Weiner, Chapter 13 Trustee
Coral Springs, FL 33071-5764             Fort Lauderdale, FL 33309-2059            Post Office Box 559007
                                                                                   Fort Lauderdale, FL 33355-9007
```