**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE:                                                    CASE NO.  23-17288-BKC-PDR
                                                          CHAPTER 13

DONNA HAMILTON

_____/

### NOTICE OF WITHDRAWAL OF DOCUMENT NO. 20

Debtor, DONNA HAMILTON, by and through her undersigned attorney, respectfully withdraws Document No. 20 filed on September 26, 2023.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true copies of the foregoing were served upon all interested parties listed on the service list below on October 18, 2023.

Dated: October 18, 2023                  Law Offices of Michael H. Johnson, P.A.
                                         Attorneys for Debtor(s)
                                         800 West Cypress Creek Rd.
                                         Suite 502
                                         Ft. Lauderdale, FL  33309
                                         (954) 535-1131
                                         (954) 641-7750 fax

                                         By:_/s/  Michael H. Johnson__
                                           Michael H. Johnson, Esq.
                                           Florida Bar No. 0149543

                                         I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF
                                         THE UNITED STATES DISTRICT COURT FOR THE
                                         SOUTHERN DISTRICT OF FLORIDA AND I AM IN
                                         COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO
                                         PRACTICE IN THIS COURT SET FORTH IN  LOCAL RULE
                                         2090-1(A).

**SERVICE LIST:**

**VIA CM/ECF:**
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

**VIA US MAIL:**
Ms. Marcia Howard
1302 SW 82 Ave.
North Lauderdale, FL 33068

To all parties on the attached Mailing Matrix

Label Matrix for local noticing
113C-0
Case 23-17288-PDR
Southern District of Florida
Fort Lauderdale
Wed Oct 18 16:27:57 EDT 2023

- Wells Fargo Bank, N.A.
Aldridge Pite, LLP
c/o Wanda D. Murray
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

Bank of America
POB 982238
El Paso, TX 79998-2238

Barclays Bank
POB 8833
Wilmington, DE 19899-8833

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Citibank
POB 301030
Los Angeles, CA 90030-1030

Citibank/Best Buy
ATTN: Centralized Bankruptcy
POB 790040
St Louis, MO 63179-0040

(p)U S  ATTORNEY'S OFFICE
99 NE 4TH STREET SUITE 300
MIAMI FL 33132-2131

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Financial
Attn: Bankruptcy
POB 3025
New Albany, OH 43054-3025

Figure Lending
Attn: Bankruptcy
POB 40534
Reno, NV 89504-4534

Fulton Bank/Priceline/Elan
POB 108
Saint Louis, MO 63166-0108

IRS
POB 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Kohls/Capital One
Attn: Credit Administrator
POB 3043
Milwaukee, WI 53201-3043

Merrick Garland
Attorney General of the United States
950 Pennsylvania Ave., NW, Room 4400
Washington, DC 20530-0009

Midland Funding/Midland Credit Mgmt
Attn: Bankruptcy
POB 939069
San Diego, CA 92193-9069

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Resurgent Capital Services
Attn: Bankruptcy
POB 10497
Greenville, SC 29603-0497

Small Business Administration
2 North 20 St., #320
Birmingham, AL 35203-4002

Special Assistant
United States Attorney
Associate Area Counsel
1000 South Pine Island Road, Ste 300
Plantation, FL 33324-3910

Synchrony Bank/JC Penney
4125 Windward Plaza
Alpharetta, GA 30005-8738

Synchrony Bank/JCPenney
170 Election Rd., #125
Fort Myers, FL 33908

U.S. Bank National Association dba Elan Fina
Bankruptcy Department
PO Box 108
Saint Louis, MO 63166-0108

U.S. Bankcorp
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402-7000

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
P.O. Box 1629
Minneapolis MN 55440-1629

Wells Fargo Home Mortgage
Attn: Bankruptcy
1 Home Campus -- Mac X2303-01a
Des Moines, IA 50328-0001

Donna S. Hamilton
1808 NW 115 Way
Coral Springs, FL 33071-5764

Michael H. Johnson
800 W. Cypress Creek Rd., Ste. 502
Fort Lauderdale, FL 33309-2059

Robin R Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355-9007